December 23, 2024

Honorable Julie Rubin

United States District Court

District of Maryland

Northern Division

Baltimore, MD 21201

Re: Voluntary Motion to Dismiss Without Prejudice Case# 1:24-cv-03548-JRR (Albert v. Securities & Exchange Commission et al)

Dear Judge Rubin,

Due to extenuating circumstances, I respectfully ask the Court to dismiss my complaint without prejudice.

Thank you very much,

*[signature]*

Tracy Albert